UNPUBLISHED

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 05-1987

LEE KENT HEMPFLING,

Plaintiff - Appellant,

versus

LM COMMUNICATIONS INCORPORATED, a Kentucky
Corporation; LM COMMUNICATIONS OF SOUTH
CAROLINA, INCORPORATED, a Kentucky
Corporation; LM COMMUNICATIONS II OF SOUTH
CAROLINA, INCORPORATED, a Kentucky
Corporation,

Defendants - Appellees.

Appeal from the United States District Court for the District of
South Carolina, at Charleston. Patrick Michael Duffy, District
Judge. (CA-04-1373-2-PMD)

Submitted: March 23, 2006      Decided: March 27, 2006

Before WILKINSON, LUTTIG, and WILLIAMS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Lee Kent Hempfling, Appellant Pro Se. Greg Horton, BUIST, MOORE,
SMYTHE, MCGEE, PA, Charleston, South Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Lee Kent Hempfling appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on Hempfling's employment discrimination action. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Hempfling v. LM Commc'ns, Inc., No. CA-04-1373-2-PMD (D.S.C. Aug. 31, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED